AARON J. MOHAMED (SBN 245915)
**BRERETON, MOHAMED, & TERRAZAS, LLP**
1362 Pacific Avenue, Suite 221
Santa Cruz, CA 95060
Tel: (831) 429-6391
Fax: (831) 459-8298
ajm@brereton.law

Attorney for Plaintiff
PAMELA LEDING

THE UNITED STATES DISTRICT COURT FOR THE STATE OF CALIFORNIA

NORTHERN DISTRICT - SAN JOSE DIVISION

| | |
|---|---|
| PAMELA LEDING, an individual,<br><br>Plaintiff<br><br>vs.<br><br>ROKSTAD POWER INC., a foreign corporation registered in the State of Delaware and doing business in the State of California, KEVIN JAMES JOHNSON, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | DOCKET NO.<br><br>**COMPLAINT FOR DAMAGES FOR THE WRONGFUL DEATH OF JOHN WILLIAM LEDING; (LOSS OF FINANCIAL SUPPORT, LOSS OF CONSORTIUM)**<br><br>**DEMAND FOR JURY TRIAL** |

Comes now Plaintiff Pamela Leding who is informed, and believes, and based thereon alleges as follows:

I.    **INTRODUCTION**

1.    Plaintiff Pamela Leding is bringing this action for damages arising out of the wrongful death of her husband John William Leding.

2.    On June 26, 2020, John William Leding was traveling south on California State Highway 1 in unincorporated Monterey County, heading towards the city of Santa Cruz.

3.    Also on June 26, 2020, Defendant Kevin James Johnson, while acting in the course and scope of his employment with Defendant Rokstad Power Inc., was also traveling south on California State Highway 1, directly behind Decedent Leding.

1

4.     At approximately 3:02 pm, at a location .08 miles north of Molera Road, Defendant Johnson's vehicle collided with Decedent's vehicle.  At the time of the collision, Defendant was traveling in excess of the posted speed limit for the area, and traveling at an unsafe speed given the traffic conditions present.

5.     The collision resulted in multiple blunt force injuries to Decedent.

6.     Witnesses to the collision contacted the California Highway Patrol and an ambulance was dispatched to the scene of the collision by American Medical Response.

7.     Decedent was transported to Natividad Medical Center, at 1441 Constitution Blvd., in Salinas, California.

8.     Decedent was pronounced dead at 3:54 pm.

9.     Plaintiff Pamela Leding is Decedent's widow.  At the time of Decedent's passing, Plaintiff and Decedent had been married for thirty-two years.

10.     Plaintiff seeks damages against Defendants, and each of them, for the wrongful death of Decedent.  Plaintiff seeks damages for loss of consortium and loss of financial support and maintenance.

## II.     IDENTITY AND CAPACITY OF PARTIES

11.     At all times herein concerned, Plaintiff Pamela Leding is and has been an individual with California citizenship, residing in the State of California, County of Santa Cruz.  Pamela Leding is the widow of Decedent John William Leding.  At the time of Decedent's passing, the couple had been married for thirty-two years.

12.     At all times herein concerned, Defendant Rokstad Power Inc. is and has been, a foreign corporation registered in the State of Delaware, and doing business in California.

13.     At all times herein concerned, Defendant Kevin James Johnson is and has been, an individual with Georgia citizenship, of unknown residence.  At all times herein concerned, Defendant Johnson was an employee of Defendant Rokstad Power

Inc.  At all times herein concerned, Defendant Johnson was acting in the course and scope of his employment with Defendant Rokstad.

14.     The true names and capacities of Defendants Does 1-10 are unknown by Plaintiff at this time who therefore sues said Defendants by such fictitious names. Plaintiff is informed and believes and based thereon alleges that each of the defendants designated as a Doe herein are responsible in some manner or form for the actions and events alleged herein.

15.     Plaintiff is informed and believes and based thereon alleges that, at all times herein concerned, each of the said Defendants was an agent and / or employee of each other co-Defendant, and in doing the acts and omissions as alleged herein, each Defendant ratified and approved the actions of said co-Defendants.

## III.     JURISDICTION, VENUE, AND DIVISIONAL ASSIGNMENT

16.     At all times herein concerned, Plaintiff Pamela Leding is, and has been, a citizen of the State of California, residing in the County of Santa Cruz, California.

17.     Plaintiff is informed and believes and thereon alleges that, at all times herein concerned, Defendant Kevin James Johnson is, and has been, a citizen of the State of Georgia, of unknown residence.

18.     Plaintiff is informed and believes and thereon alleges that, at all times herein concerned, Defendant Rokstad Power Inc., is and has been a foreign corporation registered with the State of Delaware, and doing business in the State of California.

19.     The amount in controversy in this matter exceeds $75,000.00.

20.     The United States District Court has jurisdiction over this matter according to the diversity of citizenship as between Plaintiff and Defendants in this matter (28 USC § 1332).

/ / /

/ / /

21.     A substantial part of the events giving rise to this action took place in Monterey County, California within the jurisdiction of the United States District Court for the Northern Division of California.  Venue is proper in the Northern California District Court, according to 28 USC § 1391(b)(2).  San Jose is the proper Division for assignment of this action according to Civil L.R. 3-2(c), (e).

IV.    **FACTUAL BACKGROUND**

22.     This matter concerns the wrongful death of Decedent John William Leding.  The wrongful death of Decedent was legally and proximately caused by the negligent acts of Defendants Rokstad and Johnson.  At all times herein concerned, Defendant Johnson was acting within the course and scope of his employment with Defendant Rokstad.

23.     On June 26, 2020, just before 3:02pm, Decedent was traveling south on California State Highway 1, in unincorporated Monterey County.  Mr. Leding was traveling towards the city of Santa Cruz, where he made his home, along with Plaintiff Pamela Leding, his wife of thirty-two years.

24.     Mr. Leding was driving a 2013 blue Volkswagen Tiguan, with license plate number 7ADM975, with current registration.  Mr. Leding was wearing his seatbelt.

25.     Also on June 26, 2020, just before 3:02pm, Defendant Johnson was traveling south on California State Highway 1, in unincorporated Monterey County, directly behind Mr. Leding.  Defendant was acting in the course and scope of his employment with Defendant Rokstad Power Inc.

26.     Defendant Johnson was driving a 2019 white Ford F250 truck with license number 2921548.  The said Ford F250 was branded with insignia from Defendant Rokstad Power Inc.  Mr. Johnson was exceeding the posted speed limit of sixty-five miles per hour.

27.     At approximately 3:02 pm, while driving in the course of his employment with Defendant Rokstad, and while exceeding the legal posted speed limit in the area, Defendant Johnson failed to properly slow in accordance with the speed of the traffic in

4

1   front of him.  Defendant Johnson's vehicle collided with Decedent vehicle from behind
2   causing mortal injuries to Decedent.

3       28.    Photos of the subject vehicles are attached here at **Exhibit A**.  (Exhibit A
4   1-6, photos of Defendants' Ford F20, Exhibit A 7-13, photos of Decedent's damaged
5   Volkswagen Tiguan).

6       29.    A witness to the collision contacted the California Highway Patrol and
7   attempted to render aid to Decedent.  Decedent was non-responsive at the scene, and
8   appeared to have suffered multiple blunt force trauma injuries.

9       30.    At 3:15 pm, officers with the California Highway Patrol arrived at the
10   scene and conducted an investigation.  On October 2, 2020, the California Highway
11   Patrol issued a report prepared by investigating officer M. Arteaga.  A true and correct
12   copy of this report is attached hereto as **Exhibit B**.

13      31.    In his report, Officer Arteaga concluded that:

14          *"Party #1 (Johnson) caused this collision by driving Vehicle*
15          *#1 (the Ford F250) at an unsafe speed and is a violation of*
16          *California Vehicle Code section 22350, which states '[n]o person*
17          *shall drive a vehicle upon a highway at a speed greater than is*
18          *reasonable or prudent having due regard for weather, visibility, the*
19          *traffic on, and the surface and width of, the highway, and in no*
20          *event at a speed which endangers the safety of persons or*
21          *property."*

22      (Exhibit B at p. 15).

23      32.    Officer Arteaga recommended that a copy of his report be forwarded to
24   the Monterey County District Attorney's Office for review and filing of criminal charges
25   against Defendant Johnson (Vehicular Manslaughter - California Penal Code section
26   192(c)(2)).  Plaintiff is informed and believes that criminal charges are currently pending
27   against Defendant Johnson in Monterey County.

28   / / /

33.     Also after the collision, emergency personnel were contacted and an ambulance and EMT were dispatched by American Medical Response.  The ambulance transported Decedent to Natividad Medical Center, in Salinas California.

34.     At 3:54 pm, Decedent was declared dead as reported by Lauren Lopez.

35.     After his death, the Monterey County Coroner conducted an autopsy of Decedent's body.  A true and correct copy of the autopsy report is attached hereto as **Exhibit C**.

36.     In the autopsy report, the coroner concluded that Decedent died of multiple blunt force injuries which he sustained in the collision.  Specifically related to the collision, the autopsy reported the following blunt force trauma findings:

-     Subarachnoid hemmorrhage.

-     Extensive ribcage fractures involving the sternum and numerous bilateral ribs, wiht focal pleura laceration.

-     Thoracic aorta transection.

-     Lung laceration and contusions

-     Vertebral body fractures, lower thoracic and upper lumber, wiht wide displacement of T-9 associated with spinal cord transection.

-     Bilateral hemothoraces.

-     Spleen laceration.

-     Cutaneous laceration and abrasions.

37.     The Coroner's report did not detect the presence of any alcohol or drugs in Decedent's body.

38.     Decedent was sixty-six years old at the time of his death.  He had been married to Plaintiff for thirty-two years.

/ / /

/ / /

/ / /

/ / /

6

1

2

## FIRST CAUSE OF ACTION
### Wrongful Death
(*Against all Defendants*)

3   39.    Plaintiff hereby realleges and reasserts the foregoing allegations of this

4   complaint.

5   40.    In doing the aforementioned acts and omissions Defendants, and each of

6   them, so negligently and carelessly drove, assembled, sold, managed, maintained,

7   instructed, directed, licensed, registered, entrusted and used a motor vehicle identified

8   as that certain 2019 Ford F250 with license plate number 2921548, so as to cause said

9   vehicle to be operated unlawfully, unsafely, negligently, contrary to then existing traffic

10  control signs, in excess of the posted speed, and at an unsafe speed for the then

11  existing road conditions, so as collide with Decedent's vehicle, and injure him.  As a

12  result of such wrongful conduct by defendants, Decedent sustained mortal blunt force

13  trauma injuries and was killed.

14  41.    Decedent was a loving husband, companion, support, and life partner.

15  Prior to Decedent's passing, as alleged above, he was able to and did perform duties

16  as a spouse. As a proximate result of the conduct of Defendants as alleged herein,

17  Plaintiff Pamela Leding has been deprived the companionship of her spouse, and the

18  work and service usually performed by Decedent as her husband and companion.

19  Decedent will never again be able to perform such work, services and duties in the

20  future.  As a proximate result thereof, Plaintiff Pamela Leding has been deprived and

21  will continue to be deprived of the consortium of her spouse, including the

22  performances of said duties, all to her damage.

23  42.    As a further proximate result of the conduct of Defendants as alleged

24  herein, Plaintiff Pamela Leding has suffered and will continue to suffer loss of

25  consortium, including but not limited to loss of services, society, marital relations,

26  comfort, companionship, love and affection of her spouse, and has suffered and

27  continues to suffer fear, frustration, worry, concern, anxiety, embarrassment and other

28  emotional distress.

7

1    43.    Prior to Decedent's passing, as alleged above, he was the sole

2  breadwinner and means of financial support for his spouse, Plaintiff Pamela Leding.  As

3  a direct and proximate result of Defendant's wrongful conduct, Plaintiff Pamela Leding

4  has been deprived of, and will continue to be deprived of, Decedent's financial support

5  an maintenance, all to her damage.

6

7                        **PRAYER FOR RELIEF**

8        **WHEREFORE**, Plaintiff Pamela Leding hereby request that the court issue

9  Judgement in this matter, and grant the following relief:

10       1.    For a Judgement, in favor of Plaintiff and against Defendants; and,

11       2.    For an award of general damages, according to proof, but believed to be

12  in excess of $3,000,000, arising out of the wrongful death of Decedent, for loss of

13  consortium; and,

14       3.    For an award of special damages, according to proof, but believed to be

15  in excess of $2,000,000 arising out of the wrongful death of Decedent, for loss of

16  Decedent's financial support; and,

17       4.    For all costs of suit; and,

18       5.    For all such other and further relief that the court my find to be just and

19  proper.

20

21       **Plaintiff hereby demands a jury trial.**

22

23                        Respectfully Submitted,

24

25  Date: _June 24, 2022_          *Aaron J. Mohamed*

26                        BRERETON, MOHAMED, & TERRAZAS, LLP
                          1362 Pacific Avenue
27                        Santa Cruz, California 95060
                              By: Aaron J. Mohamed, Esq.
28                        Attorneys for Plaintiff Pamela Leding

8

# EXHIBIT A



























# EXHIBIT B

# TRAFFIC COLLISION REPORT

DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
CHP 555 PAGE 1 (REV. 04-11) OPI 060

PAGE **1** OF **16**

| SPECIAL CONDITIONS | NUMBER INJURED | HIT & RUN FELONY | CITY | JUDICIAL DISTRICT | LOCAL REPORT NUMBER |
|---|---|---|---|---|---|
| FATAL | 0 | | UNINCORPORATED | SALINAS SUPERIOR | 9730-2020-01101 |

| | NUMBER KILLED | HIT & RUN MISDEMEANOR | COUNTY | REPORTING DISTRICT | BEAT | DAY OF WEEK | TOW AWAY |
|---|---|---|---|---|---|---|---|
| | 1 | | MONTEREY | | 074 | FRIDAY | [x] YES  NO |

## LOCATION

| COLLISION OCCURRED ON: | | MO | DAY | YEAR | TIME (2400) | NCIC # | OFFICER I.D. |
|---|---|---|---|---|---|---|---|
| SR-1 | | 06/26/2020 | | | 1502 | 9730 | 022481 |

MILEPOST INFORMATION:   GPS COORDINATES  LATITUDE 36.756849°  LONGITUDE −121.765375°

PHOTOGRAPHS BY: M. ARTEAGA   [ ] NONE

AT INTERSECTION WITH: [x] OR: .08 MILE(S) NORTH OF MOLERA ROAD

STATE HWY REL [x] YES  NO

---

### PARTY 1 — DRIVER [x]

| DRIVER'S LICENSE NUMBER | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YEAR | MAKE / MODEL / COLOR | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|
| 029613563 | GA | F | L | G | 2019 | FORD F250 WHT | 2921548 | IN |

NAME(FIRST, MIDDLE, LAST): KEVIN JAMES JOHNSON

STREET ADDRESS: 206 CRIPPLE CREEK DRIVE

CITY / STATE / ZIP: ELLIJAY   GA   30536

| SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE MO/DAY/YEAR | RACE |
|---|---|---|---|---|---|---|
| M | BRN | BLU | 6-01 | 265 | 06/16/1971 | W |

HOME PHONE: (706)851-4382   BUSINESS PHONE: NONE

INSURANCE CARRIER: STARR INDEMNITY   POLICY NUMBER: 1000198839191

DIR OF TRAVEL: N   ON STREET OR HIGHWAY: SR-1   SPEED LIMIT: 65

OWNER'S NAME: PREMIER TRUCK RENTAL LLC   [ ] SAME AS DRIVER

OWNER'S ADDRESS: 9138 BLUFFTON ROAD FORT WAYNE IN 46809   [ ] SAME AS DRIVER

DISPOSITION OF VEHICLE ON ORDERS OF: CALIFORNIA TOWING (SALINAS) - (831)424-8615   [ ] OFFICER  [ ] DRIVER  [ ] OTHER

PRIOR MECH. DEFECTS: [x] NONE APP.   [ ] REFER TO NARRATIVE

VEHICLE IDENTIFICATION NUMBER: 1FD7W2BT8KEF84049

VEHICLE TYPE: 22   DESCRIBE VEHICLE DAMAGE: [ ] UNK  [ ] NONE  [ ] MINOR  [ ] MOD  [x] MAJOR  [ ] ROLL-OVER   SHADE IN DAMAGED AREA

CA ___   DOT 2265115   CAL-T ___  TCP/PSC ___  MC/MX ___

---

### PARTY 2 — DRIVER [x]

| DRIVER'S LICENSE NUMBER | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YEAR | MAKE / MODEL / COLOR | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|
| N9203286 | CA | C | M | G | 2013 | VOLK TIGUAN BLU | 7ADM975 | CA |

NAME(FIRST, MIDDLE, LAST): JOHN WILLIAM LEDING

STREET ADDRESS: 3346 PAUL DAVIS DRIVE

CITY / STATE / ZIP: MARINA   CA   93933

| SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE MO/DAY/YEAR | RACE |
|---|---|---|---|---|---|---|
| M | BRN | HZL | 6-04 | 245 | 03/31/1954 | W |

HOME PHONE: (831)747-0793   BUSINESS PHONE: NONE

INSURANCE CARRIER: AAA   POLICY NUMBER: CAAS100484425

DIR OF TRAVEL: N   ON STREET OR HIGHWAY: SR-1   SPEED LIMIT: 65

OWNER'S NAME: PACIFIC MONARCH LTD   [ ] SAME AS DRIVER

OWNER'S ADDRESS: [x] SAME AS DRIVER

DISPOSITION OF VEHICLE ON ORDERS OF: CALIFORNIA TOWING (SALINAS) - (831)424-8615   [x] OFFICER  [ ] DRIVER  [ ] OTHER

PRIOR MECHANICAL DEFECTS: [x] NONE APP.   [ ] REFER TO NARRATIVE

VEHICLE IDENTIFICATION NUMBER: WVGAV7AXXDW558396

VEHICLE TYPE: 07   DESCRIBE VEHICLE DAMAGE: [ ] UNK  [ ] NONE  [ ] MINOR  [ ] MOD  [x] MAJOR  [ ] ROLL-OVER   SHADE IN DAMAGED AREA

CA ___   DOT ___   CAL-T ___  TCP/PSC ___  MC/MX ___

---

### PARTY 3 — DRIVER

| DRIVER'S LICENSE NUMBER | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YEAR | MAKE / MODEL / COLOR | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

NAME(FIRST, MIDDLE, LAST):

STREET ADDRESS:

CITY / STATE / ZIP:

| SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE MO/DAY/YEAR | RACE |
|---|---|---|---|---|---|---|
| | | | | | | |

HOME PHONE:   BUSINESS PHONE:

INSURANCE CARRIER:   POLICY NUMBER:

DIR OF TRAVEL:   ON STREET OR HIGHWAY:   SPEED LIMIT:

OWNER'S NAME:   [ ] SAME AS DRIVER

OWNER'S ADDRESS:   [ ] SAME AS DRIVER

DISPOSITION OF VEHICLE ON ORDERS OF:   [ ] OFFICER  [ ] DRIVER  [ ] OTHER

PRIOR MECHANICAL DEFECTS: [ ] NONE APP.   [ ] REFER TO NARRATIVE

VEHICLE IDENTIFICATION NUMBER:

VEHICLE TYPE:   DESCRIBE VEHICLE DAMAGE: [ ] UNK  [ ] NONE  [ ] MINOR  [ ] MOD  [ ] MAJOR  [ ] ROLL-OVER   SHADE IN DAMAGED AREA

CA ___   DOT ___   CAL-T ___  TCP/PSC ___  MC/MX ___

---

PREPARER'S NAME: M. ARTEAGA 022481

DISPATCH NOTIFIED: [x] YES  [ ] NO  [ ] N/A

REVIEWER'S NAME: O. MURILLO 019127

DATE REVIEWED: 10/02/2020

AN INTERNATIONALLY ACCREDITED AGENCY

**TRAFFIC COLLISION CODING**
CHP 555 CARS PAGE2 (REV. 04-11) OPI 060

| DATE OF COLLISION (MO. DAY YEAR) | TIME(2400) | NCIC # | | OFFICER I.D. | NUMBER |
|---|---|---|---|---|---|
| 6/26/2020 | 1502 | 9730 | | 022481 | 9730-2020-01101 |

| PROPERTY DAMAGE | OWNER'S NAME | | OWNER ADDRESS | | NOTIFIED ☐ YES ☐ NO |
|---|---|---|---|---|---|
| | DESCRIPTION OF DAMAGE | | | | |

## SEATING POSITION

```
      ∧
  1 2 3       1 - DRIVER
  4 5 6       2 TO 6 - PASSENGERS
              7 - STATION WAGON REAR
    7         8 - REAR. OCC TRK. OR VAN
              9 - POSITION UNKNOWN
              0 - OTHER
```

## SAFETY EQUIPMENT

**OCCUPANTS**
A - NONE IN VEHICLE
B - UNKNOWN
C - LAP BELT USED
D - LAP BELT NOT USED
E - SHOULDER HARNESS USED
F - SHOULDER HARNESS NOT USED
G - LAP/SHOULDER HARNESS USED
H - LAP/SHOULDER HARNESS NOT USED
J - PASSIVE RESTRAINT USED
K - PASSIVE RESTRAINT NOT USED
P - NOT REQUIRED

**CHILD RESTRAINT**
Q - IN VEHICLE USED
R - IN VEHICLE NOT USED
S - IN VEHICLE USE UNKNOWN
T - IN VEHICLE IMPROPER USE
U - NONE IN VEHICLE

**M / C BICYCLE HELMET**
DRIVER       PASSENGER
V - NO        X - NO
W - YES       Y - YES

## AIR BAG

B - UNKNOWN
L - AIR BAG DEPLOYED
M - AIR BAG NOT DEPLOYED
N - OTHER
P - NOT REQUIRED

**EJECTED FROM VEHICLE**
0 - NOT EJECTED
1 - FULLY EJECTED
2 - PARTIALLY EJECTED
3 - UNKNOWN

## INATTENTION CODES

A - CELL PHONE HANDHELD
B - CELL PHONE HANDSFREE
C - ELECTRONIC EQUIPMENT
D - RADIO / CD
E - SMOKING
F - EATING
G - CHILDREN
H - ANIMALS
I - PERSONAL HYGIENE
J - READING
K - OTHER

**ITEMS MARKED BELOW FOLLOWED BY AN ASTERISK (*) SHOULD BE EXPLAINED IN THE NARRATIVE.**

| PRIMARY COLLISION FACTOR | | | | |
|---|---|---|---|---|
| LIST NUMBER (#) OF PARTY AT FAULT | | | | |
| VC SECTION VIOLATED: CITED ☐ YES | | | | |
| A 22350 | ☒ NO | | | |
| B OTHER IMPROPER DRIVING* | | | | |
| C OTHER THAN DRIVER* | | | | |
| D UNKNOWN* | | | | |

| TRAFFIC CONTROL DEVICES | 1 | 2 | 3 |
|---|---|---|---|
| A CONTROLS FUNCTIONING | | | |
| B CONTROLS NOT FUNCTIONING* | | | |
| C CONTROLS OBSCURED | | x | |
| D NO CONTROLS PRESENT / FACTOR* | x | | |

| TYPE OF COLLISION | | | |
|---|---|---|---|
| A HEAD - ON | | | |
| B SIDE SWIPE | | | |
| C REAR END | x | | |
| D BROADSIDE | | | |
| E HIT OBJECT | | | |
| F OVERTURNED | | | |
| G VEHICLE / PEDESTRIAN | | | |
| H OTHER* | | | |

| WEATHER (MARK 1 TO 2 ITEMS) |
|---|
| A CLEAR |
| B CLOUDY |
| C RAINING |
| D SNOWING |
| E FOG / VISIBILITY       FT. |
| F OTHER* |
| G WIND |

| MOTOR VEHICLE INVOLVED WITH | | | |
|---|---|---|---|
| A NON - COLLISION | | | |
| B PEDESTRIAN | | | |
| C OTHER MOTOR VEHICLE | x | | |
| D MOTOR VEHICLE ON OTHER ROADWAY | | | |
| E PARKED MOTOR VEHICLE | | | |
| F TRAIN | | | |
| G BICYCLE | | | |
| H ANIMAL: | | | |

| LIGHTING |
|---|
| A DAYLIGHT |
| B DUSK - DAWN |
| C DARK - STREET LIGHTS |
| D DARK - NO STREET LIGHTS |
| E DARK - STREET LIGHTS NOT FUNCTIONING* |

| ROADWAY SURFACE |
|---|
| A DRY |
| B WET |
| C SNOWY - ICY |
| D SLIPPERY (MUDDY, OILY, ETC.) |

| ROADWAY CONDITION(S) (MARK 1 TO 2 ITEMS) |
|---|
| A HOLES, DEEP RUT* |
| B LOOSE MATERIAL ON ROADWAY* |
| C OBSTRUCTION ON ROADWAY* |
| D CONSTRUCTION - REPAIR ZONE |
| E REDUCED ROADWAY WIDTH |
| F FLOODED* |
| G OTHER*: |
| H NO UNUSUAL CONDITIONS |

| SPECIAL INFORMATION | 1 | 2 | 3 |
|---|---|---|---|
| A HAZARDOUS MATERIAL | | x | |
| B CELL PHONE HANDHELD IN USE | x | | |
| C CELL PHONE HANDSFREE IN USE | | | |
| D CELL PHONE NOT IN USE | | | |
| E SCHOOL BUS RELATED | | | |
| F 75 FT MOTORTRUCK COMBO | | | |
| G 32 FT TRAILER COMBO | | | |
| H | | | |
| I | | | |
| J | | | |
| K | | | |
| L | | | |
| M | | | |
| N | | | |
| O | | | |

| OTHER ASSOCIATED FACTORS (MARK 1 TO 2 ITEMS) | 1 | 2 | 3 |
|---|---|---|---|
| A VC SECTION VIOLATED: CITED ☐ YES ☐ NO | | | |
| B VC SECTION VIOLATED: CITED ☐ YES ☐ NO | | | |
| C VC SECTION VIOLATED: CITED ☐ YES ☐ NO | | | |
| D | | x | |
| E VISION OBSCUREMENT: | | | |
| F INATTENTION*: | | | |
| G STOP & GO TRAFFIC | | | |
| H ENTERING / LEAVING RAMP | | | |
| I PREVIOUS COLLISION | | | |
| J UNFAMILIAR WITH ROAD | | x | |
| K DEFECTIVE VEH. EQUIP.: CITED ☐ YES ☐ NO | | | |
| L UNINVOLVED VEHICLE | | | |
| M OTHER*: | | | |
| N NONE APPARENT | | | |
| O RUNAWAY VEHICLE | | | |

| MOVEMENT PRECEDING COLLISION | | | |
|---|---|---|---|
| A STOPPED | | | |
| B PROCEEDING STRAIGHT | | | |
| C RAN OFF ROAD | | | |
| D MAKING RIGHT TURN | | | |
| E MAKING LEFT TURN | | | |
| F MAKING U TURN | | | |
| G BACKING | | | |
| H SLOWING / STOPPING | | | |
| I PASSING OTHER VEHICLE | | | |
| J CHANGING LANES | | | |
| K PARKING MANEUVER | | | |
| L ENTERING TRAFFIC | | | |
| M OTHER UNSAFE TURNING | | | |
| N XING INTO OPPOSING LANE | | | |
| O PARKED | | | |
| P MERGING | | | |
| Q TRAVELING WRONG WAY | | | |
| R OTHER*: | | | |

**SOBRIETY - DRUG PHYSICAL (MARK 1 TO 2 ITEMS)**

| | 1 | 2 | 3 |
|---|---|---|---|
| A HAD NOT BEEN DRINKING | | | |
| B HBD - UNDER INFLUENCE | | | |
| C HBD - NOT UNDER INFLUENCE* | | | |
| D HBD - IMPAIRMENT UNKNOWN* | | | |
| E UNDER DRUG INFLUENCE* | | | |
| F IMPAIRMENT - PHYSICAL* | | | |
| G IMPAIRMENT NOT KNOWN | | | |
| H NOT APPLICABLE | | | |
| I SLEEPY / FATIGUED* | | | |

| PEDESTRIAN'S ACTIONS | | | |
|---|---|---|---|
| A NO PEDESTRIANS INVOLVED | x | | |
| B CROSSING IN CROSSWALK - AT INTERSECTION | | | |
| C CROSSING IN CROSSWALK - NOT AT INTERSECTION | | | |
| D CROSSING - NOT IN CROSSWALK | | | |
| E IN ROAD - INCLUDES SHOULDER | | | |
| F NOT IN ROAD | x | x | |
| G APPROACHING / LEAVING SCHOOL BUS | | | |

| SKETCH | INDICATE NORTH | MISCELLANEOUS |
|---|---|---|
| | ◯ | |

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
**NJURED / WITNESSES / PASSENGERS\*\***
CHP 555 CARS PAGE 3 (REV 11-16) OPI 060

PAGE **3** OF **16**

| DATE OF COLLISION (MO. DAY YEAR) | TIME(2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 06/26/2020 | 1502 | 9730 | 022481 | 9730-2020-01101 |

| WITNESS ONLY | PASSENGER ONLY | AGE | SEX | EXTENT OF INJURY('X' ONE) | | | | INJURED WAS ('X' ONE) | | | | | PARTY NUMBER | SEAT POS. | AIR BAG | SAFETY EQUIP. | EJECTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FATAL INJURY | SUSPECTED SERIOUS INJURY | SUSPECTED MINOR INJURY | POSSIBLE INJURY | DRIVER | PASS. | PED. | BICYCLIST | OTHER | | | | | |
| # | | 66 | M | X | ☐ | ☐ | ☐ | X | ☐ | ☐ | ☐ | ☐ | 2 | 1 | M | G | 0 |

NAME / D.O.B. / ADDRESS
JOHN WILLIAM LEDING (03/31/1954) 3346 PAUL DAVIS DRIVE MARINA CA 93933
TELEPHONE
UNKNOWN

| (INJURED ONLY) TRANSPORTED BY: | EMS RUN NUMBER | TAKEN TO: |
|---|---|---|
| AMERICAN MEDICAL RESPONSE | | NATIVIDAD MEDICAL CENTER |

DESCRIBE INJURIES:   BLUNT FORCE TRAUMA

PRONOUNCED DECEASED AT NATIVIDAD MEDICAL CENTER AT 1554 HOURS BY DR. OLAES

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| X | # 1 | ☐ | | M | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME / D.O.B. / ADDRESS
DAVE  BUSH   17330 SPARROW HAWK LANE  SONORA CA 95370
TELEPHONE
(209)559-5289

| (INJURED ONLY) TRANSPORTED BY: | EMS RUN NUMBER | TAKEN TO: |
|---|---|---|

DESCRIBE INJURIES:

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| X | # 2 | ☐ | | F | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME / D.O.B. / ADDRESS
SUSAN  YOUNG   11600 MERRITT STREET CASTROVILLE CA 95012
TELEPHONE
(209)704-2716

| (INJURED ONLY) TRANSPORTED BY: | EMS RUN NUMBER | TAKEN TO: |
|---|---|---|

DESCRIBE INJURIES:

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ | # | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME / D.O.B. / ADDRESS
TELEPHONE

| (INJURED ONLY) TRANSPORTED BY: | EMS RUN NUMBER | TAKEN TO: |
|---|---|---|

DESCRIBE INJURIES:

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ | # | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME / D.O.B. / ADDRESS
TELEPHONE

| (INJURED ONLY) TRANSPORTED BY: | EMS RUN NUMBER | TAKEN TO: |
|---|---|---|

DESCRIBE INJURIES:

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ | # | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME / D.O.B. / ADDRESS
TELEPHONE

| (INJURED ONLY) TRANSPORTED BY: | EMS RUN NUMBER | TAKEN TO: |
|---|---|---|

DESCRIBE INJURIES:

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| PREPARER'S NAME | I.D. NUMBER | MO. DAY YEAR | REVIEWER'S NAME | MO. DAY YEAR |
|---|---|---|---|---|
| M. ARTEAGA | 022481 | 06/26/2020 | O. MURILLO 019127 | 10/02/2020 |

AN INTERNATIONALLY ACCREDITED AGENCY

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                    PAGE  4  OF  16

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 06/26/2020 | 1502 | 9730 | 022481 | 9730-2020-01101 |

1 **LEGEND**

2 See Attachments A1 through A3 for the Sketch Diagram and Attachments A4 through A6 for the

3 Factual Diagram.

4

5 Two separate reference lines are utilized to document physical evidence locations and roadway

6 locations.  The reference lines are established on SR-1 northbound, SR-1 southbound, and

7 located in unincorporated Monterey County.  All measurements were based on roll meter and

8 metal tape.  A roll meter was used to measure stations along both reference lines.  All

9 measurements left and right from the reference lines were at approximate 90-degree angles from

10 the reference lines.  A separate roll meter and a metal tape were used to measure left and right of

11 the reference lines.

12

13 Reference Line #1 is located on the painted solid yellow roadway edge line which indicates the

14 west roadway edge of SR-1 northbound.  0+00 is located on the opposite side of the SR-1

15 northbound traffic lanes from the black and white regulatory sign which reads, 'Beginning of

16 Daylight Headlight Section'.  The station increases from 0+00 as the reference line travels north.

17 Measurements left of the reference line are to the west and measurements to the right of the

18 reference line are to the east.

19

20 Reference Line #2 is located on the painted solid white roadway edge line which indicated the

21 west roadway edge of SR-1 southbound.  0+00 is located 88 feet south of the black and white

22 regulatory sign, located on the west shoulder of SR-1 southbound which reads, 'End of Daylight

23 Headlight Section'.  The station increases from 0+00 as the reference line travels south.

24 Measurements to the left of the reference line are to the east and measurements to the right are to

25 the west.

26

27

28

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| M. ARTEAGA | 022481 | 06/26/2020 | O. MURILLO 019127 | 10/02/2020 |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                    PAGE  5  OF  16

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 06/26/2020 | 1502 | 9730 | 022481 | 9730-2020-01101 |

1 <u>**Vehicle's Positions of Rest:**</u>

2

3 Vehicle #1 (Ford F-250)

4

| WHEEL | REFERENCE LINE #2 (STATION) | FEET LEFT/RIGHT |
|---|---|---|
| LF | 1+75 | 39.5 L |
| LR | 1+87.42 | 46.42 L |

5

6 Vehicle #2 (Volkswagen Tiguan)

7

| WHEEL | REFERENCE LINE #2 (STATION) | FEET LEFT/RIGHT |
|---|---|---|
| RF | 0+40 | 9.33 L |
| RR | 0+45.92 | 15.33 L |
| LR | 0+50.08 | 11.42 L |

8

9 <u>**Physical Evidence Description:**</u>

10

| ITEM | DESCRIPTION |
|---|---|
| A | Beginning of tire friction mark (TFM) from Vehicle #1's right side tire. |
| B | Second measurement along TFM from Vehicle #1's right side tire. |
| C | Midpoint of curve TFM from Vehicle #1's right side tire. |
| D | Continuation of TFM from Vehicle #1's right side tire on the painted solid yellow roadway edge line of SR-1 northbound. |
| E | End of TFM from Vehicle #1's the right-side tire crossing the road edge on the west side of SR-1 northbound and beginning of trough on the dirt/grass median shoulder / Begin dirt trough cut by Vehicle #1 right side tires". |
|  |  |

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| M. ARTEAGA | 022481 | 06/26/2020 | O. MURILLO 019127 | 10/02/2020 |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                PAGE 6 OF 16

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 06/26/2020 | 1502 | 9730 | 022481 | 9730-2020-01101 |

| | |
|---|---|
| F | Midpoint of trough on the dirt/grass median shoulder between SR-1 northbound and southbound from right side tires of Vehicle # 1. |
| G | End of dirt trough cut by Vehicle # 1's right side tires. |
| H | Beginning of trough on the dirt/grass median shoulder between SR-1 northbound and southbound, from Vehicle # 1's left side tires. |
| I | Intermediate spot measurement of trough on the dirt/grass median shoulder between SR-1 northbound and southbound, from Vehicle # 1's left side tires. |
| J | Intermediate spot measurement of trough on the dirt/grass median shoulder between SR-1 northbound and southbound, from Vehicle # 1's left side tires. |
| K | End of trough on the dirt/grass median shoulder between SR-1 northbound and southbound, from Vehicle # 1's left side tires. |
| L | Beginning of wavy TFM from Vehicle #2's left rear tire on the painted solid yellow west roadway edge line of SR-1 northbound. |
| M | TFM from Vehicle #2's left rear tire on the painted solid yellow west roadway edge line of SR-1 northbound. |
| N | Beginning of curve of TFM from Vehicle #2's left side tires. |
| O | Midpoint of curved TFM from Vehicle #2's left side tires. |
| P | Beginning of separate TFM that merges with Vehicle #2's left side tires TFM at point 'Q'. |
| Q | End of TFM from Vehicle #2's left rear tire and beginning of trough on the dirt/grass median shoulder between SR-1 northbound and southbound, from Vehicle # 2's left side tires. |
| R | Midpoint of trough on the dirt/grass median shoulder between SR-1 northbound and southbound, from Vehicle # 2's left side tires. |
| S | End of trough on the dirt/grass median shoulder between SR-1 northbound and southbound, from Vehicle # 2's left side tires. |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                    PAGE  7  OF  16

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 06/26/2020 | 1502 | 9730 | 022481 | 9730-2020-01101 |

| T | Beginning of trough on the dirt/grass median shoulder between SR-1 northbound and southbound, from Vehicle # 2's right side tires. |
|---|---|
| U | Midpoint of trough on the dirt/grass median shoulder between SR-1 northbound and southbound, from Vehicle # 2's right side tires. |
| V | End of trough on the dirt/grass median shoulder between SR-1 northbound and southbound, from Vehicle # 2's right side tires. |
| W | Beginning of TFM from Vehicle #2's right side tires. |
| X | End of TFM from Vehicle #2's right side tires. |

1

2 **Physical Evidence Locations:**

3

| ITEM | Reference Line #1 | Reference Line #2 | FEET LEFT/RIGHT |
|---|---|---|---|
| A | 1+23.83 | | 7.25 R |
| B | 1+48.25 | | 5.83 R |
| C | 1+78.5 | | 3.08 R |
| D | 2+05.83 | | 0 R/L |
| E | 2+28.92 | | 4.17 L |
| F | 3+01 | | 23.58 L |
| G | 3+52 | | 45.75 L |
| H | 1+97.42 | | 4.5 L |
| I | 2+28 | | 10.08 L |
| J | 3+01 | | 28.75 L |
| K | 3+52 | | 51.67 L |
| L | 1+74.08 | | 0.25 R |
| M | 1+86.42 | | 0.25 L |
| N | 2+13.5 | | 1.33 L |
| O | 2+28.92 | | 2.17 L |
| P | 2+37.42 | | 4.33 L |

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| M. ARTEAGA | 022481 | 06/26/2020 | O. MURILLO 019127 | 10/02/2020 |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                                    PAGE  8  OF  16

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 06/26/2020 | 1502 | 9730 | 022481 | 9730-2020-01101 |

| Q | 2+45.58 | | 4.33 L |
|---|---|---|---|
| R | 3+52 | | 23.83 L |
| S | 4+48 | | 57.75 L |
| T | 2+72 | | 4.33 L |
| U | 3+52 | | 18.42 L |
| V | 4+48 | | 52.92 L |
| W | 2+31 | | 1.42 R |
| X | 2+39.92 | | 0.25 R |

1

2 **FACTS**

3

4 **NOTIFICATION**

5 On 06/26/2020, at approximately 1502 hours, Monterey CHP Communications Center received a

6 call of a collision involving two vehicles on SR-1, east of Molera Road.  I responded from Jetty

7 Road, at SR-1, and arrived on scene at approximately 1515 hours.  All times, speeds and

8 measurements in this investigation are approximate.  Measurements were taken by rollmeter,

9 visual estimation and vehicle odometer.

10

11                              **EMERGENCY SERVICES PERSONNEL**

12

13                                  **California Highway Patrol**

14                                       960 E. Blanco Road

15                                       Salinas, CA 93901

16                                        (831) 770-8000

17

18 Captain K. Foster, ID #17909 – Scene management.

19 Sergeant S. Sinclair, ID #17684 – On scene supervisor.

20 Officer M. Arteaga, ID #22481 – Investigating Officer.

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| M. ARTEAGA | 022481 | 06/26/2020 | O. MURILLO 019127 | 10/02/2020 |

STATE OF CALIFORNIA
## NARRATIVE/SUPPLEMENTAL

PAGE 9 OF 16

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 06/26/2020 | 1502 | 9730 | 022481 | 9730-2020-01101 |

1  Officer B. Zook, ID #18302 – Assist with information gathering, assist with measurements.

2  Officer B. Bispham, ID #19818 – Factual Diagram / Physical Evidence Measurements / Sketch.

3  Officer E. Dutra, ID #19981 – Traffic Control.

4  Officer L. Calhoun, ID #20598 – Traffic Control.

5  Officer K. Sease, ID #22047 – Assist with measurements / Traffic Control.

6

7  **American Medical Response**

8  2511 Garden Road

9  Monterey, CA 93940

10  (831) 718-9555

11  Unit: 44

12  Paramedic: Gustin

13  EMT: Nararro – Patient Care.

14

15  **North County Fire District, Castroville**

16  11200 Speegle Street

17  Castroville, CA 95012

18  (831) 633-2578

19  Engine: 5211 – Assisted with scene safety.

20  Captain T. Tucker – Patient Care.

21  Fire Fighter: D. Batinovick – Patient Care.

22

23  **Monterey County Sherrif Department**

24  1414 Natividad Road

25  Salinas, CA 93906

26  (831) 796-1127

27  Deputy B. Casarez, ID #C1338 – Traffic Control.

28  Deputy M. Kimble, ID #K8722 – Traffic Control.

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| M. ARTEAGA | 022481 | 06/26/2020 | O. MURILLO 019127 | 10/02/2020 |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                          PAGE  10 OF  16

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 06/26/2020 | 1502 | 9730 | 022481 | 9730-2020-01101 |

1                           **California Towing**

2                           124 Griffin Street

3                           Salinas, CA 93901

4                           (831) 424-8615

5 Vehicle removal and evidence hold per CHP request.

6

7 **SCENE**

8 State Route - 1 (SR-1) is a north-south oriented, asphalt/concrete paved, state-maintained

9 highway located within an unincorporated area of Monterey County, with a posted speed limit of

10 65 miles per hour. The roadway is straight and descends in grade in a northerly direction and has

11 no visual obstructions. There are two northbound lanes and two southbound lanes. At the "Y" in

12 the roadway, both northbound and southbound lanes merge from two lanes into one lane of travel

13 for each direction. The lanes are separated by a broken white line before merging into one lane.

14 There are three white arrows painted on the asphalt surface of northbound SR-1 indicating the

15 merging lanes. Northbound SR-1 is bordered to the east by a solid white line and an asphalt

16 shoulder followed by a dirt/grass field. Northbound SR-1 is bordered to the west by a solid yellow

17 line an asphalt shoulder and is separated from northbound SR-1 by a dirt/grass center median.

18 Southbound SR-1 is bordered to the west by a solid white line and an asphalt shoulder followed

19 by a dirt/grass shoulder. Southbound SR-1 is bordered to the east by a solid yellow line and an

20 asphalt shoulder followed by the dirt/grass center median.

21

22 The collision occurred during daylight hours. The weather was clear and dry. Traffic conditions

23 were moderate due to commute traffic and the merging lanes. Weather was not a contributing

24 factor in this collision.

25

26

27

28

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| M. ARTEAGA | 022481 | 06/26/2020 | O. MURILLO 019127 | 10/02/2020 |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                        PAGE  11 OF  16

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 06/26/2020 | 1502 | 9730 | 022481 | 9730-2020-01101 |

1 **PARTIES**

2 **Party #1 (Kevin Johnson)**

3 P-1 was contacted at the scene of this collision and was identified by a photo Georgia Driver

4 License.  P-1 was placed as a party by the following items:

5     •   Party #1's statements.

6     •   Party #1 is employed by the registered owner of Vehicle #2.

7

8 **Vehicle #1 (Ford F-250)**

9 Vehicle #1 was located on its wheels, from its unmoved position, in the center median of SR-1,

10 just north of SR-156, facing in a north-westerly direction. Vehicle #1 sustained major front-end

11 damage to include; crumpled hood, broken front grille, broken headlights, dented front bumper,

12 and damage to the radiator.  Vehicle #1's restraint system was deployed as a result of the impact

13 from the collision.  Party #1 did not claim any vehicle malfunctions prior to or at the time of the

14 collision.  Vehicle #1 was impounded as evidence at California Towing's yard for further analysis.

15

16 **Party #2 (John Leding)**

17 Party #2 was located at the scene of this collision and was initially identified by a photo California

18 Driver License.  Party #2 sustained fatal injuries as a result of this collision.  Party #2 was later

19 identified by family members and was placed as a party by the following items:

20     •   Party #2 was found to be the sole occupant of Vehicle #2.

21     •   Party #2 sustained injuries consistent with this type of collision.

22

23

24

25

26

27

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| M. ARTEAGA | 022481 | 06/26/2020 | O. MURILLO 019127 | 10/02/2020 |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL** PAGE 12 OF 16

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 06/26/2020 | 1502 | 9730 | 022481 | 9730-2020-01101 |

1 **PARTIES (continued)**

2

3 **Vehicle #2 (VW Tiguan)**

4 Vehicle #2 was located on its wheels, from its unmoved position, in the center of southbound SR-

5 1, just north of SR-156, facing in a north-westerly direction. Vehicle #2 sustained major rear-end

6 damage to include; crumpled driver side rear quarter panel, broken driver side rear glass, broken

7 rear hatch glass, crumpled rear hatch door, broken taillights, crumpled rear bumper and damaged

8 exhaust. Vehicle #2's restraint system was determined to be in proper working condition at the

9 time of the collision. Vehicle #2 was impounded as evidence at California Towing's yard for

10 further analysis.

11

12 **DRIVER PROFILE: (Kevin Johnson)**

13 On 08/25/2020, at approximately 0605 hours, I contacted Kevin Johnson via telephone. He

14 related that he went to bed at approximately 2100 hours the night before and woke up at

15 approximately 0530 hours to get ready for work. He related that nothing out of the ordinary had

16 happened throughout the day and felt completely normal. He and his crew had just left from

17 Pebble Beach and were heading back to Felton, CA before the collision occurred.

18

19 **DRIVER PROFILE: (John Leding)**

20 On 07/16/2020, at approximately 1722 hours, I contacted John Leding's wife via telephone. She

21 related that Mr. Leding had left from their home in Santa Cruz to go to work in Marina at about

22 1000 hours. She related that nothing seemed out of the ordinary and that Mr. Leding did not have

23 any known preexisting medical conditions. She spoke to Mr. Leding while he was at work at

24 approximately 1300 hours and everything seemed fine. She related that Mr. Leding would have

25 been heading home at around 1500 hours.

26

27 **OTHER FACTUAL INOFRMATION**

28 Parties who contacted emergency services, per log MY204, regarding this collision were

29 contacted and all related they did not witness this collision occur.

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| M. ARTEAGA | 022481 | 06/26/2020 | O. MURILLO 019127 | 10/02/2020 |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 06/26/2020 | 1502 | 9730 | 022481 | 9730-2020-01101 |

1  **OTHER FACTUAL INOFRMATION (Continued)**

2  I attempted to contact Kyle (502) 396-0333 on 07/20/2020 and 08/20/2020 and was unable able to

3  speak with anyone on either attempt. A voice message was left on both attempts.

4

5  I attempted to contact Rick (831) 902-5225 on 07/20/2020 and 08/20/2020 and was unable able to

6  speak with anyone on either attempt. A voice message was left on both attempts.

7

8  **STATEMENTS**

9

10  **PARTY #1 (Kevin Johnson)**

11  Party #1 was contacted at the scene standing near Vehicle #1. I interviewed Party #1 and he

12  related the following in essence: He was driving Vehicle #1 northbound on SR-1 at an unknown

13  speed. He noticed traffic ahead of him starting to slow down.  As he continued, he started to see

14  vehicles "bail" out every which way. Suddenly, he saw a vehicle stopped in the roadway, with its

15  left blinker activated. Party #1 had nowhere to go and did not have a chance to apply the brakes

16  to Vehicle #1.  He tried to swerve to the left but was unable to avoid a collision with the vehicle

17  stopped in the roadway.

18

19  I notified Party #1 I would contact him again as I investigated more of the traffic collision scene.

20  Party #1 had difficulty providing me with a statement the first time I contacted him. Based on my

21  training and experience, I know traffic collisions can have a traumatic effect on the parties

22  involved. I waited a short while, still on scene, and contacted Party #1 to gather a more precise

23  statement. Party #1 related a similar statement but provided additional detailed information. He

24  clarified his statements about the vehicles "bailing" and related there were approximately three

25  vehicles in front of him which avoided something in the roadway. Party #1 admitted to seeing

26  these vehicles swerving to avoid colliding with something in the roadway. Party

27  #1 further related he "wasn't paying attention" and "jerked to the left", at which point he felt an

28  impact to the front of Vehicle #1 colliding with the rear of Vehicle #2.

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| M. ARTEAGA | 022481 | 06/26/2020 | O. MURILLO 019127 | 10/02/2020 |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                        PAGE 14 OF 16

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 06/26/2020 | 1502 | 9730 | 022481 | 9730-2020-01101 |

1  **STATEMENTS (Continued)**

2

3  **PARTY #2 (John Leding)**

4  Party #2 was located at the scene of this collision and was initially identified by a photo California

5  Driver License.  Party #2 sustained fatal injuries as a result of this collision and did not provide a

6  statement.

7

8  **WITNESS #1 (Dave Bush)**

9  I contacted Mr. Bush on 07/16/2020, at approximately 1820 hours, via telephone where he related

10  in essence he was on a phone call with Mr. Leding at the time of the collision.  Mr. Leding called at

11  around 1530 hours while he was on his way home from work.  It was not out of the ordinary for Mr.

12  Leding to call while he was on his way home.  Mr. Leding sounded perfectly fine and he didn't

13  sense that anything was wrong or that Mr. Leding was stressed about anything.  He was telling

14  Mr. Leding about a video that he should watch and took the phone away from his ear to send the

15  video and when he brought the phone back up to his ear, Mr. Leding did not respond.  He called

16  for Mr. Leding, but still did not hear any response from him.  He stayed on the phone and could

17  faintly hear a women's voice saying that everything was going to be ok and that 911 had been

18  called.  He yelled for Mr. Leding over the phone, but still no one responded.  Without hanging up

19  the phone he called Mr. Leding's wife using his wife's phone and informed her Mr. Leding was

20  possibly involved in a car accident.

21

22  **WITNESS #2 (Susan Young)**

23  I contacted Ms. Young on 07/20/2020, at approximately 1609 hours, via telephone where she

24  related that her and her husband were traveling southbound on SR-1 when they saw a smaller

25  SUV and a pickup truck traveling through the center median.  After both vehicles came to a stop,

26  she noticed the driver in the SUV was slumped over and looked unconscious.  The driver of

27  pickup truck got out and was looking around confused.  When asked how traffic conditions

28  appeared on the northbound side of SR-1, she replied that "it looked pretty empty" and didn't see

29  any traffic backed up.

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| M. ARTEAGA | 022481 | 06/26/2020 | O. MURILLO 019127 | 10/02/2020 |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                            PAGE 15 OF 16

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 06/26/2020 | 1502 | 9730 | 022481 | 9730-2020-01101 |

1 **OPINIONS AND CONCLUSIONS**

2

3 **SUMMARY**

4 Party #1 was driving Vehicle #1 northbound on SR-1, at a determined speed of 72 miles per hour

5 (see MAIT Supplemental report # ML-023-20), north of SR-156.  Party #2 was driving Vehicle #2

6 northbound on SR-1, at an undetermined speed, approximately three cars ahead of Vehicle #1.

7 Due to commuting traffic and the merging lanes, traffic was slowing to a stop.  Party #1 failed to

8 recognize that traffic was slowing ahead of him and continued to travel at an unsafe speed.  As

9 Party #1 one approached the slowing traffic, cars ahead were swerving to the left and right to

10 avoid colliding with the slow-moving traffic.  Party #1, however did not slow down with enough

11 distance to avoid a collision and as a result collided with the rear of Vehicle #2.  The force of the

12 impact pushed Vehicle #2 into the center median and into the southbound lanes of SR-1 where

13 Vehicle #2 came to rest.  Vehicle #1 came to a rest within the center median. Following the

14 collision, Party #1 self-extricated from Vehicle #1 and waited for emergency personnel, while Party

15 #2 remained inside Vehicle #2 until extricated.

16

17 **AREA OF IMPACT (AOI)**

18 The AOI was located approximately .8 miles north of the north road edge of Molera Road and

19 approximately 6 feet east of the west roadway edge line of northbound SR-1.

20

21 **CAUSE**

22 Party #1 caused this collision by driving Vehicle #1 at an unsafe speed and is a violation of

23 California Vehicle Code section 22350, which states, "No person shall drive a vehicle upon a

24 highway at a speed greater than is reasonable or prudent having due regard for weather, visibility,

25 the traffic on, and the surface and width of, the highway, and in no event at a speed which

26 endangers the safety of persons or property".

27

28

29

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| M. ARTEAGA | 022481 | 06/26/2020 | O. MURILLO 019127 | 10/02/2020 |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                    PAGE  16 OF  16

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 06/26/2020 | 1502 | 9730 | 022481 | 9730-2020-01101 |

1 **RECOMMENDATIONS**

2 I recommend a copy of this report be forwarded to the Monterey County District Attorney's Office

3 for review and filing of the following charge against Party #1 (Kevin James Johnson):

4

5 192(c)(2) Penal Code – Vehicular Manslaughter, which states, "Driving a vehicle in the

6 commission of an unlawful act, not amounting to a felony, but without gross negligence; or driving

7 a vehicle in the commission of a lawful act which might produce death, in an unlawful manner, but

8 without gross negligence".

9

10 This charge is being sought because Party #1 was driving Vehicle #1 in the commission of the

11 following unlawful acts:

12

13 California Vehicle Code section 22350.

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| M. ARTEAGA | 022481 | 06/26/2020 | O. MURILLO 019127 | 10/02/2020 |

# SKETCH DIAGRAM
VIS-1T-20-3PAGE



| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 06/26/2020 | 1502 | 9730 | 22481 | 9730-2020-01101 |



**SKETCH NOT TO SCALE**

CALIFORNIA 183

11ft a1
b1
c1
12ft N-2 d1
e1
12ft N-1 d1
4ft f1 b1 4+00
a1

58ft DIRT/GRASS MEDIAN SHOULDER

4ft a1 b1
f1
12ft S-1 d1
e1
12ft S-2 d1
c1
11ft b1 0+00 REFERENCE LINE #2
a1

END OF DAYLIGHT HEADLIGHT SECTION

(SIGN)

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| B. BISPHAM | 19818 | 06/26/2020 | O. MURILLO 19127 | 07/21/2020 |



STATE OF CALIFORNIA
## SKETCH DIAGRAM
VIS-1T-20-3PAGE

PAGE A2 OF A6

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 06/26/2020 | 1502 | 9730 | 22481 | 9730-2020-01101 |



**SKETCH**
**NOT TO**
**SCALE**

3+00



| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| B. BISPHAM | 19818 | 06/26/2020 | O. MURILLO  19127 | 07/21/2020 |

STATE OF CALIFORNIA
## SKETCH DIAGRAM
VIS-1T-20-3PAGE

PAGE A3 OF A6

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 06/26/2020 | 1502 | 9730 | 22481 | 9730-2020-01101 |

**SKETCH**
**NOT TO**
**SCALE**

BEGINNING
DAYLIGHT
HEADLIGHT
SECTION

Vehicle #1

Vehicle #2

1

2+00          1+20          0+00

REFERENCE LINE #1
(WEST ROADWAY
EDGE LINE OF SR-1
N/B)

## LEGEND:

(a1) Road edge
(b1) Asphalt shoulder
(c1) Painted solid white roadway edge line
(d1) Asphalt concrete roadway
(e1) Painted broken white lane separation line
(f1) Painted solid yellow roadway edge line



| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| B. BISPHAM | 19818 | 06/26/2020 | O. MURILLO  19127 | 07/21/2020 |

STATE OF CALIFORNIA
## FACTUAL DIAGRAM
VIS-1T-20-3PAGE

PAGE A4 OF A6

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 06/26/2020 | 1502 | 9730 | 22481 | 9730-2020-01101 |

CALIFORNIA **183**

FACTAL
DIAGRAM NOT
TO SCALE

11ft    ⓐ1
        ⓑ1
        ⓒ1
12ft  N-2 ⓓ1
        ⓔ1
12ft  N-1 ⓓ1
4ft     ⓕ1   ⓑ1                                        4+00
        ⓐ1

58ft          DIRT/GRASS
              MEDIAN
              SHOULDER

                                                    Ⓥ

                                                    Ⓢ

4ft     ⓐ1   ⓑ1
        ⓕ1
12ft  S-1 ⓓ1
        ⓔ1                          **V-2**
12ft  S-2 ⓓ1
        ⓒ1
11ft    ⓑ1   0+00
             REFERENCE
             LINE #2
        ⓐ1

        END OF
        DAYLIGHT
        HEADLIGHT
        SECTION

        (SIGN)



| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| B. BISPHAM | 19818 | 06/26/2020 | O. MURILLO  19127 | 07/21/2020 |



STATE OF CALIFORNIA
## FACTUAL DIAGRAM
VIS-1T-20-3PAGE

PAGE A5 OF A6

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 06/26/2020 | 1502 | 9730 | 22481 | 9730-2020-01101 |



STATE OF CALIFORNIA
**FACTUAL DIAGRAM**
VIS-1T-20-3PAGE

PAGE A6 OF A6

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 06/26/2020 | 1502 | 9730 | 22481 | 9730-2020-01101 |

FACTAL DIAGRAM NOT TO SCALE

BEGINNING DAYLIGHT HEADLIGHT SECTION



REFERENCE LINE #1 (WEST ROADWAY EDGE LINE OF SR-1 N/B)

**LEGEND:**

(a1) Road edge
(b1) Asphalt shoulder
(c1) Painted solid white roadway edge line
(d1) Asphalt concrete roadway
(e1) Painted broken white lane separation line
(f1) Painted solid yellow roadway edge line

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| B. BISPHAM | 19818 | 06/26/2020 | O. MURILLO  19127 | 07/21/2020 |

EXHIBIT C



# Monterey County Sheriff's Office
## CORONER DIVISION
1414 Natividad Road, Salinas CA 93906

Tel. (831) 755-3792      Fax (831) 755-3800

**Decedent: Leding, John William**        Case #:**2020-00562**

| CLASSIFICATION | MANNER OF DEATH:<br>**Accident** | SUB MANNER OF DEATH:<br>**Vehicle vs. Vehicle** | | DEPUTY CORONER:<br>**Detective Diana Schumacher** | |
|---|---|---|---|---|---|
| | TYPE OF MEDICAL EXAMINATION<br>**Autopsy** | | | DATE OF DEATH:<br>**06/26/2020** | TIME OF DEATH:<br>**1554** |
| **DECEDENT PERSONAL DATA** | NAME:<br>**Leding, John William** | | | MARITAL STATUS:<br>**Married** | |
| | AGE:<br>**66 years** | DATE OF BIRTH:<br>**03/31/1954** | PLACE OF BIRTH:<br>**Illinois, USA,** | HEIGHT:<br>**76"** | WEIGHT:<br>**245 lb** | HAIR:<br>**Gray** | EYES:<br>**Hazel** |
| | SEX:<br>**Male** | TEETH: | RACE:<br>**Caucasian** | | SSN:<br>**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** |
| | SCARS, MARKS, TATTOOS: | | | | |
| **RESIDENCE** | ADDRESS:<br>**3297 Old Pilkington Road, Santa Cruz, Santa Cruz, CA, USA, 95065** | | | | |
| **PLACE OF DEATH** | PLACE:<br>**Hospital - ER/OP - NMC - ER** | | | COUNTY:<br>**Monterey** | |
| | ADDRESS:<br>**1441 Constitution Blvd, Salinas, Monterey, CA, USA, 93906** | | | | |
| **REPORTING INFORMATION** | DEATH REPORTED BY:<br>**Lauren Lopez** | AGENCY:<br>**Natividad Medical Center** | | DATE:<br>**06/26/2020** | Time:<br>**1610** |
| | REPORT RECEIVED BY:<br>**County Communications** | | REMOVED FROM SCENE TO:<br>**Hospital Morgue** | | |
| **CAUSE OF DEATH** | IMMEDIATE CAUSE: **Multiple Blunt Force Injuries**<br>DUE TO:<br>DUE TO:<br>DUE TO: | | | | |
| **OTHER SIGNIFICANT CONDITIONS** | **None**<br><br>**113 - No** | | | | |
| **INJURY INFORMATION** | PLACE OF INJURY:<br>**Vehicle on Roadway** | INJURY AT WORK: | DATE OF INJURY:<br>**06/26/2020** | TIME OF INJURY:<br>**1503** | ESTIMATED: |
| | ADDRESS OF INJURY:<br>**S/B Highway 1 just N of Highway 156, Castroville, Monterey, CA, USA, 95012** | | | | |
| | INJURY DESCRIPTION:<br>**Decedent's vehicle was struck from behind by another as it was stopped on the highway** | | | | |
| | INVESTIGATING AGENCIES: | | | | |
| **IDENTIFICATION** | IDENTIFICATION METHOD:<br>**Hospital Identification** | | IDENTIFIED BY:<br>**Lauren Lopez** | | |
| **NOTIFIED** | NAME:<br>**Pamela Leding** | | RELATIONSHIP:<br>**Spouse** | | |
| | ADDRESS:<br>**3297 Old Pilkington Road, Santa Cruz, Santa Cruz, CA, USA, 95065** | | | | |
| | NOTIFIED BY:<br>**Medical Staff** | HOW NOTIFIED:<br>**In Person** | | DATE:<br>**06/26/2020** | TIME:<br>**1555** |
| **ADDITIONAL INFORMATION** | PATHOLOGIST:<br>**Dr. Venus Azar** | | FUNERAL HOME:<br>**Benito & Azzaro Pacific Gardens Chapel** | | |

Detective Diana Schumacher
Investigator

Det. Sergeant Nicholas Kennedy   10/02/20
Investigating Supervisor

**Deceased: John William Leding**
**Date of Death: 06/26/2020     Case Number: 2020-00562**



# Office of the Sheriff
County of Monterey
Coroner Division



## PERSONS CONTACTED:
Natividad Medical Center – ER
RN Lauren Lopez
1441 Constitution Blvd
Salinas, CA 93906
(831) 755-6268

California Highway Patrol
Officer Arteaga
960 East Blanco Road
Salinas, CA 93901
(831) 770-8000

Pamela Leding – spouse
3297 Old Pilkington Road
Santa Cruz, CA 95065
(831) 747-0793

## REFERENCES:
Medical Records: Natividad Medical Center
Central Valley Toxicology report # CVT-20-6230
California Highway Patrol Report #9730-20-01101

## Narrative:
On 6/26/2020 at around 1503 hours, John William Leding was driving his
vehicle southbound on Highway 1, north of Highway 156 in Castroville
when his vehicle slowed to a stop. Leding's vehicle was struck from
behind at by a vehicle travelling between 40 and 50 miles per hour.
Members of the California Highway Patrol, Monterey County Sheriff's
Office, American Medical Response ambulance service and North
County Fire Department all responded to the scene. They located Leding
unresponsive in the driver's seat of his vehicle. He was removed from the
interior and CPR initiated. Leding was eventually transferred to a gurney
and transported to Natividad Medical Center, CPR ongoing.

Leding arrived at the Emergency Department at approximately 1550 with
CPR ongoing. Despite all heroic efforts, John Leding did not improve. He

**Detective Diana Schumacher**                                                ds

**Deceased: John William Leding**
**Date of Death: 06/26/2020     Case Number: 2020-00562**



**Office of the Sheriff**
County of Monterey
Coroner Division



was declared deceased at 1554 hours.  The Coroner was to be notified of the Emergency Room death.

I received a page from County Communications at approximately 1610 hours.  I contacted Sheriff's Dispatch and was advised of the death at the Emergency Department of Natividad Medical Center.  I contacted RN Lauren Lopez at the number provided.  RN Lopez briefed me on what had happened.  She told me Leding had been involved in a motor vehicle collision on Highway 1 near the intersection of Highway 156.  Paramedics advised Leding had been struck from behind by a pickup truck.  Little else was known.  As the death appeared traumatic and accidental in nature, I placed a Coroner hold.  I requested any records pertaining to the decedent's care be forwarded to the Coroner's Office for review.

J. K. Mortuary Transport Services was contacted for removal as per coroner contract.  Blanca Moreira Ramirez arrived on scene and with the assistance of medical staff prepared the deceased for transport.  John William Leding was transported to the Coroner's Office in Salinas.  He was placed within the morgue pending examination.

I contacted Mr. Leding's spouse Pamela, expressing my condolences at her profound loss.  I provided her with my contact information.  I would later speak with her regarding cause and manner of death.

A postmortem examination was ordered as per California Government Code Section 27491. Coroner's Forensic Pathologist Dr. Venus Azar conducted it on 06/29/2020 at 1415 hours at the Monterey County Morgue. (Please refer to Dr. Azar's postmortem examination report for specific details). It was determined John William Leding died as a result of Multiple Blunt Force Injuries (Mins).

**Central Valley Toxicology** conducted toxicology studies. Results: Specimen: Femoral Blood Sample. Complete Drug Screen: No common acidic, neutral or basic drugs detected. No Ethyl Alcohol detected.

**CONCLUSION:**
In view of the information listed above, as well as the information received from the pathologist, it is concluded this was a death of Accidental

**Detective Diana Schumacher**                                                    ds

**Deceased: John William Leding**
**Date of Death: 06/26/2020     Case Number: 2020-00562**



# Office of the Sheriff
### County of Monterey
### Coroner Division



causes and origin, as classified by the World Health Organization Manual of the International Classification of Diseases, Injuries, and Causes of Death (Vol. 1, ICD, 9th Revision). No further investigation is warranted by the Coroner's Office.

CASE CLOSED

_____
Diana Schumacher, Deputy Coroner

9.9.2020
Date

_____
Coroner Supervisor

10/02/20
Date

**Detective Diana Schumacher**                                              **ds**
**Page 3 of 3**




# Monterey County Sheriff's Office
## Coroner Division
### 1414 Natividad Road Salinas, CA 93906

## Postmortem Examination

☒ **Autopsy**                              ☐ **External Examination**
**Name**: Leding, John William            **Case No.**:2020-00562
**Postmortem Date**: June 29, 2020        **Time**: 2:15 PM
**Date of Death**: June 26, 2020          **Time of Death**: 3:54 PM
**Age**: 66            **Sex**: Male      **Ht**: 76 in.        **Wt**: 242 lbs.
**Race/Ethnicity**: White
**Investigator**: Detective Diana Schumacher

## AUTOPSY FINDINGS:

1. Blunt force trauma (motor vehicle accident).
   a. Subarachnoid hemorrhage.
   b. Extensive ribcage fractures involving the sternum and numerous bilateral ribs, with focal pleura laceration.
   c. Thoracic aorta transection.
   d. Lung laceration and contusions.
   e. Vertebral body fractures, lower thoracic and upper lumbar, with wide displacement of T-9 associated with spinal cord transection.
   f. Bilateral hemothoraces.
   g. Spleen laceration.
   h. Cutaneous laceration and abrasions.
2. Atherosclerotic hypertensive cardiovascular disease.
   a. Cardiomegaly, 625 grams.
   b. Mild four-chamber dilation and left ventricular hypertrophy.
   c. Coronary atherosclerosis, two vessels, 90% and 50% stenosis.
3. Liver cysts and cavernous hemangioma.
4. Gallstones.
5. Multinodular goiter with solid nodule.
6. Simple renal cyst.
7. Toxicology negative for drugs and alcohol.

**CAUSE OF DEATH:**  Multiple Blunt Force Injuries (minutes)

**MANNER OF DEATH:**  Accident

Venus Azar, M.D.

Leding, John William

2

**PRELIMINARY EXAMINATION:** The body is received in a white plastic pouch, labeled with the decedent's name. When first viewed, the decedent is partially clad in a green vest over a blue-white shirt around his right shoulder and arm, green pants over the left hip area, and a gray sock on the right foot.

## EXTERNAL EXAMINATION

The body is that of a normally-developed, well-nourished, white man whose appearance is consistent with the recorded age of 66 years. Rigor mortis is present in the jaw and extremities. Livor mortis involves the posterior, dependent body surfaces.

The head is normocephalic and has minor laceration and abrasion described under "Evidence of Injury". The scalp is unremarkable. The scalp is unremarkable. The scalp hair is gray-white and approximately 2" long. The face is symmetrical. The eyelids are unremarkable. The conjunctiva and sclerae are clear and free of petechiae. The irides are blue with equally dilated pupils. The nose is atraumatic. The lips and frenula are atraumatic. The teeth are adequate in repair. The tongue is unremarkable. The external ears are unremarkable.

The neck is symmetrical with a midline trachea and no evidence of injury. The chest has a depressed ribcage fractures without cutaneous injury. The abdomen has a small healing contusion described under "Evidence of Injury". The external genitalia are normally developed, atraumatic, and of a circumcised male. The back and buttocks are bilaterally symmetrical and atraumatic.

The upper and lower extremities are bilaterally symmetrical and show minor trauma described under "Evidence of Injury".

**EVIDENCE OF MEDICAL THERAPY:** A Velcro strap restrained endotracheal tube is in the mouth. A Stiff collar encircles the neck. Nine EKG pads are on the anterior torso. A hospital identification band is on the left wrist. An intraosseous catheter is in the left leg. A hospital identification tag is on the left first toe. A bandage covers a needle puncture site on the left index finger.

**IDENTIFYING MARKS AND SCARS:** A 2" curvilinear scar is below the right knee.

**EVIDENCE OF INJURY:**

**External:** A ¾" laceration is on the right glabella-eyebrow. Two ¼" linear red abrasions are on the left glabella. Two horizontal linear 5" long red contusions are spaced ¾" apart on the left anterior-lateral proximal thigh. A 4 x 3" abraded purple contusion is on the left foot dorsally-laterally. A ½ x ¼" red abrasion is on the top of the right first toe over the joint. A 1/8" red abrasion is on the right first toe distal thumbnail region. A ¼" greatest dimension red abrasion and a smaller red abrasion are on the top of the right 2nd toe. A 3/16" red abrasion is on the top of the right 3rd toe. A ¼" greatest dimension red abrasion

Leding, John William

3

is on the right 3rd finger, and the right 4th finger over their proximal joints, and a smaller red abrasion on the corresponding 5th finger joint. A ¾" ovoid brown contusion is on the right upper abdomen. A 3 x 2" purple contusion is on the right calf.

**Internal:** There is mild subarachnoid hemorrhage of the bilateral occipital lobes and the bilateral cerebellum. There are extensive ribcage fractures associated with mild-moderate surrounding soft tissue hemorrhage involving the sternum at the level of the 2nd intercostal spaces, the bilateral anterior-medial 2nd through 6th ribs, the bilateral anterior 2nd through 8th ribs, the right lateral 3rd rib, the right posterior 7th through 9th ribs associated with pleura lacerations, the left posterior 8th and 9th ribs, and the left lateral 3rd, 4th, 8th and 9th ribs. There is a 1" laceration within a 3 x 2" contusion of the left lower lobe at the base, a 2 x ¾" contusion of the left lower lobe medially, and a 3 x ¾" contusion of the right lower lobe posteriorly. There are bilateral hemothoraces, measuring 3330 ml on the right, and 750 ml on the left, consisting of liquid blood admixed with some clotted blood. There is a transection of the distal thoracic aorta associated with a widely displaced fracture of the 9th thoracic vertebra, and moderate surrounding soft tissue hemorrhage. There is a small contusion of the right diaphragm. There is a large laceration of the spleen. There is scant blood in the peritoneal cavity. There is a widely displaced fracture of the 9th thoracic vertebral body associated with transection of the spinal cord and thoracic aorta. There are non-displaced fractures of the 10th through 12th thoracic and 1st lumbar vertebra.

## INTERNAL EXAMINATION

**BODY CAVITIES**: There are no contusions to the anterior chest wall musculature or to the abdominal wall musculature. There are bilateral hemothoraces, measuring 3330 ml on the right, and 750 ml on the left, consisting of liquid blood admixed with some clotted blood. The pericardium and pericardial space are unremarkable. There is a small contusion of the right diaphragm. There is scant blood in the peritoneal cavity.

**NECK:** The superficial and deep muscles of the neck are unremarkable and show no evidence of injury. The hyoid bone, thyroid and cricoid cartilages are intact with no adjacent soft tissue hemorrhages. The larynx and trachea are unremarkable with no intraluminal obstructive lesions. There are no prevertebral fascial hemorrhages or underlying cervical vertebral fractures present.

**CARDIOVASCULAR SYSTEM:** The heart weighs 650 grams and has an intact epicardium with a moderate amount of fat. The coronary arteries follow the usual anatomical pathways. The coronary ostia are widely patent. The right coronary artery and the left anterior descending branch show 90% and 50% atherosclerotic luminal narrowing, respectively. The left circumflex branch is widely patent. There is no coronary thrombosis, aneurysm, or dissection. The heart is dilated and shows mild concentric left ventricular hypertrophy. The left and right ventricles measure 1.6 and 0.4 cm in thickness, respectively. The myocardium, cardiac valves, and endocardium are unremarkable. There is a transection of the distal thoracic aorta associated with a widely displaced fracture of the 9th thoracic vertebra, and moderate surrounding soft tissue hemorrhage. The aorta is without aneurysm, dissection, or atherosclerosis.

Leding, John William
4

**RESPIRATORY SYSTEM:**   The right and left lungs weigh 375 and 325 grams, respectively. There is a 1" laceration within a 3 x 2" contusion of the left lower lobe at the base, a 2 x ¾" contusion of the left lower lobe medially, and a 3 x ¾" contusion of the right lower lobe posteriorly. The lungs are mildly carbon pigmented and otherwise unremarkable.

**HEPATOBILIARY SYSTEM:**   The liver weighs 2000 grams and has an intact capsule covering a tan parenchyma without fibrosis, cirrhosis or steatosis. An 11 x 8 x 4 cm cavernous hemangioma is in the left lobe. A 1 cm diameter clear fluid filled cyst and a 3 x 2 cm blood filled cyst are in the right lobe. The gallbladder is unremarkable and contains a few small soft yellow stones, ranging from 2-4 mm in diameter.

**HEMATOPOIETIC SYSTEM:**   The spleen weighs 175 grams, has a large laceration with a scant amount of surrounding blood and is otherwise unremarkable. The lymph nodes do not appear enlarged.

**ENDOCRINE SYSTEM:** The thyroid gland is multinodular, with a tan-brown lobulated fleshy consistency with a few small cysts, and a 1.2 x 1 x 0.8 cm circumscribed solid tan glistening nodule on the right lobe. The pancreas is pink-tan, normally lobulated and unremarkable. The adrenal glands are unremarkable.

**GASTROINTESTINAL SYSTEM:** The esophagus, stomach and duodenum show an unremarkable mucosa, wall and serosa. The jejunum, ileum, appendix and colon are intact and unremarkable. The mesentery is unremarkable. The gastric contents has a small amount of tan fluid.

**GENITOURINARY SYSTEM:**   The right and left kidneys weigh 175 and 200 grams, respectively. The renal capsules are intact and strip with ease. The cortices are congested, smooth, and unremarkable with exception of a 5 mm simple cyst in the right kidney cortex. The corticomedullary junctions are well-demarcated and the pyramids and papillae are unremarkable. The calices and pelves are not dilated and the ureters are patent to the bladder, which contains 10 ml of urine. The bladder mucosa and wall are unremarkable.

**MUSCULOSKELETAL SYSTEM:**   There are extensive ribcage fractures associated with mild-moderate surrounding soft tissue hemorrhage involving the sternum at the level of the 2nd intercostal spaces, the bilateral anterior-medial 2nd through 6th ribs, the bilateral anterior 2nd through 8th ribs, the right lateral 3rd rib, the right posterior 7th through 9th ribs associated with pleura lacerations, the left posterior 8th and 9th ribs, and the left lateral 3rd, 4th, 8th and 9th ribs. There is a widely displaced fracture of the 9th thoracic vertebral body associated with transection of the spinal cord and thoracic aorta.  There are non-displaced fractures of the 10th through 12th thoracic and 1st lumbar vertebra. The pelvis is without palpable fractures.

**HEAD AND CENTRAL NERVOUS SYSTEM:** The soft tissues and muscles of the scalp are intact and unremarkable.  The skull is intact with no evidence of fractures.  The

Leding, John William
5

epidural space and dura are intact and unremarkable. The brain weighs 1575 grams and shows mild subarachnoid hemorrhage of the bilateral occipital lobes and cerebellum. The bilaterally symmetrical cerebral hemispheres, cerebellum and brainstem are otherwise unremarkable. The arteries at the base of the brain are unremarkable. On sectioning, the cerebral cortex, ventricles, basal ganglia, thalami, hippocampi, midbrain, pons, medulla, uppermost cervical spinal cord and cerebellum are normal in appearance and without abnormalities.

**HISTOLOGY SPECIMENS:**          None.

**TOXICOLOGY SPECIMENS:**         Femoral blood, vitreous humor, urine.

**EVIDENCE COLLECTED:**           Exemplar hair and blood spot.

**RADIOGRAPHS:**                  None.

**ATTENDEES:**                    None.

**AUTOPSY TECHNICIAN:**           Julia Vrolyks, Hilleary Ekberg.



**CENTRAL VALLEY TOXICOLOGY, INC.**

TOXICOLOGY NUMBER:

CVT-20-6230

**Case Name:**
Leding,        John

**Specimen Description:** 9 ml femoral blood, 3.5 ml vitreous humor & 11 ml urine each labeled "Leding, John William; 2020-00562; DS; DOD 06/26/2020; N; Dr Venus Azar; autopsy 06/29/2020; 1415 hrs"

**Delivered by** Unity        **Date** 02-Jul-20        **Received by** Bill Posey        **Date** 02-Jul-20

**Request:** Complete Drug Screen        **Agency Case #** 202000562

**Requesting Agency**
Monterey Co. Sheriff-Coroner
Attn: Fiscal Dept.
1414 Natividad Road
Salinas  CA 93906

**Report To**
Monterey Co. Sheriff-Coroner
Attn: Investigator Schumacher
1414 Natividad Road
Salinas  CA 93906

Specimen: Femoral Blood Sample        **RESULTS**

Complete Drug Screen: No common acidic, neutral or basic drugs detected.
          No Ethyl Alcohol detected.

B. L. Posey        July 10, 2020

**B.L. POSEY**
**S.N. KIMBLE**
*Directors*

1580 Tollhouse Road
Clovis, California 93611
Phone (559) 323-9940
Fax (559) 323-7502

## Monterey County Public Health Laboratory

**Donna Ferguson, Laboratory Director**
**1270 Natividad Rd., Salinas, CA  93906**
**Phone: 831-755-4516  ✦  Fax: 831-755-4652**
**CLIA No.: 05D0643589**



---

### LABORATORY REPORT

---

| | |
|---|---|
| **Submitter:**<br>Monterey County Sheriff Coroner Department<br>1414 Natividad Road<br>Salinas, CA  93906<br><br>Physician: AZAR,VENUS | **Patient:  LEDING, JOHN WILLIAM**<br><br>PID: 22489<br><br>DOB:     03/31/1954     Age:  66 White<br>Gender:  Male                  Cost Acct:<br>Med Rec: 2020-00562      Work Loc: |

---

**Lab #:   20-10749**

Source:  Nasopharyngeal

| | |
|---|---|
| Collected: | 06/29/2020, 14:15 |
| Received: | 06/30/2020, 09:19 |
| Reported: | 07/01/2020 |

---

| Test Requested | Result | Reference Range |
|---|---|---|
| 2019 novel Coronavirus | **Not Detected** | Not Detected |
| | Negative results do not preclude 2019-nCoV infection and should not be used as the sole basis for treatment or other patient management decisions. Optimum specimen types and timing for peak viral levels during infections caused by 2019-nCoV have not been determined. Collection of multiple specimens (types and time points) from the same patient may be necessary to detect the virus. False negative results may occur if a specimen is improperly collected, transported or handled. False negative results may also occur if amplification inhibitors are present in the specimen or if inadequate numbers of organisms are present in the specimen. | |

Date Tested: 07/01/2020

This test is an FDA Emergency Use Authorization assay developed by CDC. The factsheet for
healthcare providers is available at: https://www.fda.gov/media/134920/download  The factsheet for
patients is available at: https://www.fda.gov/media/134921/download

*** Final Report ***

REPORTED BY:   Carlos Anaya
                          MICROBIOLOGIST

---